UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DERRYN NICOLE JONES, *et al.* | : | Case No. 1:17-cv-174 |
| | : | |
| Plaintiffs, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| | : | |
| U.S. BANK NATIONAL | : | |
| ASSOCIATION, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**DECISION AND ENTRY**
**ADOPTING THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 2)**

This case is before the Court pursuant to the Order of General Reference in the

United States District Court for the Southern District of Ohio Western Division to United

States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate

Judge reviewed the pleadings filed with this Court and, on March 28, 2017, submitted a

Report and Recommendation.  (Doc. 2).  Plaintiff filed objections on April 11, 2017.

(Doc. 3).[1]

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has

reviewed the comprehensive findings of the Magistrate Judge and considered *de novo*

all of the filings in this matter.  Upon consideration of the foregoing, the Court does

---

[1] Plaintiffs' objections are not well-taken.  As the Report and Recommendation establishes,
Plaintiffs' allegations in this complaint are duplicative of allegations made against the same
Defendants in another case currently before this Court.  Plaintiffs' objections fail to address this.

determine that such Report and Recommendation should be and is hereby adopted in its

entirety.  Accordingly, **IT IS ORDERED** that:

1) Plaintiff's complaint is **DISMISSED AS DUPLICATIVE** under 28 U.S.C. § 1915(e)(2)(B)

2) The Court certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal of this Order would not be taken in good faith and therefore Plaintiff is denied leave to appeal *in forma pauperis*.

3) The Clerk shall enter judgment accordingly, whereupon this case shall be **CLOSED.**

**IT IS SO ORDERED**.

Date:    4/18/17

_____
Timothy S. Black
United States District Judge